# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1344

_____

Alan Sandusky,                     *
                                   *
            Appellant,             *
                                   *   Appeal from the United States
      v.                           *   District Court for the
                                   *   Northern District of Iowa
Marian Health Center,              *
                                   *        [UNPUBLISHED]
            Appellee.              *

_____

Submitted:   January 26, 1999

Filed:   March 1, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Alan Sandusky appeals from the final judgment entered in the District Court[1] for the Northern District of Iowa granting summary judgment to Marian Health Center in Sandusky's age discrimination suit. After a careful review of the record and the parties' submissions on appeal, we affirm for the reasons stated by the district court in its thorough opinion. See 8th Cir. R. 47B. We also deny Sandusky's pending motions.

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.